FILED ___ ENTERED
LODGED ___ RECEIVED

 ᴏᴄᴛ - 5 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

07-CV-01082-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HYANG K. YI,<br><br>          Petitioner,<br><br>    v.<br><br>ALBERTO GONZALES,<br><br>          Respondent. | CASE NO. C07-1082-JLR-JPD<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Respondent's Motion to Dismiss, Dkt. #10, is GRANTED, and this action is DISMISSED without prejudice; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 5th day of October, 2007.

                                                _____
                                                JAMES L. ROBART
                                                United States District Judge

ORDER
PAGE – 1